```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

SUSAN SUMMA,                         :
                                     :
        Plaintiff,                   :
                                     :
v.                                   :   CASE NO. 3:09CV1578 (RNC)
                                     :
COMMISSIONER OF SOCIAL               :
SECURITY,                            :
                                     :
        Defendant.                   :
```

NOTICE

On October 5, 2009, the court (Chatigny, J.) issued an order that stated that all dispositive motions "shall be filed within four months after filing the complaint." (Doc. #4.) The court's order further stated that "[a]fter seven months from the filing of the complaint, if there is no action by either party, a Local Rule 41a notice will issue." Rule 41(a) of the Local Rules of this District provides:

> In civil actions in which no action has been taken by the parties for six (6) months or in which deadlines established by the Court pursuant to Rule 16 appear not to have been met, the Clerk shall give notice of proposed dismissal to counsel of record. If such notice has been given and no action has been taken in the action in the meantime and no satisfactory explanation is submitted to the Court within twenty (20) days thereafter, the Clerk shall enter an order of dismissal. Any such order entered by the Clerk under this rule may be suspended, altered, or rescinded by the Court for cause shown.

The case management deadlines in this action have long since passed and the case is subject to being dismissed under Local Rule 41(a). Unless a satisfactory explanation of why it should not be dismissed is submitted to the Court within twenty (20) days of the

date of this notice, the undersigned shall recommend that the case be dismissed.

      SO ORDERED at Hartford, Connecticut this 15th day of June, 2010.

                                              _____/s/_____
                                              Donna F. Martinez
                                              United States Magistrate Judge